# Anthony J. DeGirolamo

Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

#60715

FILED
2010 JUL 26 PM 1:03

[COURT stamp] OF OHIO

July 20, 2010

United States Bankruptcy Court
Attn: Clerk's Office
401 McKinley Avenue SW
Canton, Ohio 44702

    Re:    In re Jacobs, Case No. 05-67829

Dear Clerk:

    Enclosed please find check no. 106 for dividends of less than $5.00 in the above mentioned case.

| Dividend | Creditor Name and Address |
|---|---|
| $4.15 | RBC<br>P.O. Box 1548<br>Mansfield, Ohio 44901 |
| $2.63 | RBC<br>P.O. Box 1548<br>Mansfield, Ohio 44901 |
| $2.04 | RBC<br>P.O. Box 1548<br>Mansfield, Ohio 44901 |

Very truly yours,

*Anthony J. DeGirolamo /amw*

Anthony J. DeGirolamo

ENC

amw